| | | |
|---|---|---|
| **ATTORNEY GRIEVANCE COMMISSION OF MARYLAND** | * | **IN THE** |
| | * | **COURT OF APPEALS** |
| | * | **OF MARYLAND** |
| **v.** | * | **Misc. Docket AG No. 5** |
| **BRIAN ROBERT FELLNER** | * | **September Term, 2021** |

## O R D E R

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Brian Robert Fellner, to suspend the Respondent from the practice of law in Maryland for 30 days, stayed in favor of one year of probation with terms, for violating Rule 19-308.4(c) of the Maryland Rules of Professional Conduct, it is this 25th day of February, 2022

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Brian Robert Fellner, be suspended for 30 days from the practice of law in the State of Maryland; and it is further

**ORDERED**, that, the suspension be, and hereby is, STAYED in favor of one year of probation with the terms contained in the Probation Agreement; and it is further

**ORDERED**, that the Respondent, Brian Robert Fellner, shall pay $1,601.00 towards the costs associated with this matter and consents to the entry of a judgment in that amount in favor of the Petitioner if these costs are not paid within thirty days of the filing of the instant joint petition.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Joseph M. Getty
Chief Judge

Suzanne C. Johnson, Clerk